# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00721-CV

**In re Denise Hicks**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied and the motion for emergency relief is dismissed. *See* Tex. R. App. P. 52.8(a). The stay ordered by this Court on December 20, 2007, is lifted.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: March 27, 2008